United States District Court
Southern District of Texas
**ENTERED**
February 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LARETTA LOUSIE BICE,<br>  Plaintiff, | §<br>§<br>§ |
| VS. | §    CIVIL ACTION NO. 4:24-CV-04580 |
| | § |
| MARTIN O'MALLEY, *et al.*,<br>  Defendants. | §<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On December 11, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Richard W. Bennett under 28 U.S.C. § 636(b)(1). (Dkt. 7). Judge Bennett filed a *Memorandum and Recommendation* on February 4, 2026, recommending that Defendant Frank Bisignano's Motion for Summary Judgment (Dkt. 15) be granted, Defendant's decision be affirmed, and the case be dismissed. (Dkt. 17).

On February 18, 2026, Plaintiff filed her objections. (Dkt. 18). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the *Memorandum and Recommendation*, the pleadings, and the record. Plaintiff's objections (Dkt. 18) are

**OVERRULED**. The Court **ACCEPTS** Judge Bennett's *Memorandum and Recommendation* and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Bennett's *Memorandum and Recommendation* (Dkt. 17) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Defendant's Motion for Summary Judgment (Dkt. 15) is **GRANTED**;

(3) Defendant's decision is **AFFIRMED**; and

(4) this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

Signed at Houston, Texas on February 23, 2026.

_____
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE